UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

STEVEN MATZURA, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

CORSAIR GAMING, INC.,

        Defendant.

------------------------------------- x

No.: 1:23-cv-3431

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), STEVEN MATZURA, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, CORSAIR GAMING, INC., with prejudice and without fees and costs.

Dated: New York, New York
       August 2, 2023

                **GOTTLIEB & ASSOCIATES**

                <u>/s/Michael A. LaBollita, Esq.</u>

                Michael A. LaBollita, Esq., (ML-9985)
                150 East 18th Street, Suite PHR
                New York, NY 10003
                Phone: (212) 228-9795
                Fax: (212) 982-6284
                Michael@Gottlieb.legal

                *Attorneys for Plaintiffs*

SO ORDERED:

_____
Hon. Ronnie Abrams
United States District Court Judge
08/04/2023